## File Hashes for IP Address 174.57.140.31

**ISP:** Comcast Cable
**Physical Location:** Middletown, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/02/2013 06:34:18 | 80B15AB4C27186BF599940820D080538EED04185 | Mad Passion |
| 02/23/2013 13:38:15 | 8AAC589F853B8066FC4EE246AAA87567BBD9FF8F | Black and White |
| 02/06/2013 08:07:55 | BC6CA05E270EBBF3D40C1ADA701813AF16A9559E | Deep Longing |
| 01/04/2013 08:21:54 | 689C0D98E7478D67C8F8ECEE4B72607596884CAB | Morning Desires |
| 12/27/2012 00:41:21 | 228C053569D02E030CE1E03173BDB7FAB9054EF6 | Naughty and Nice |
| 12/06/2012 12:21:41 | D438F136539A21D5A9108587EB82D27867FD6C35 | Waterfall Emotions |
| 12/06/2012 05:22:20 | 1D87D6E694A63C7C2FA96B53256FB8DE2165AD99 | Cum With Me |
| 11/27/2012 22:53:32 | 3570C36C4ACD0BCA930BE035729C61833904FA96 | Prelude to Passion |
| 11/12/2012 03:17:00 | 9CAEAC4715DD63BE81F1E58D405F74DFF2443354 | Vacation Fantasy |
| 11/12/2012 02:39:03 | FCE4745D56F49F5E7A777A50177DAED2FDDF95F6 | Lovers Quarrel |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

CNJ50