**Copyrights-In-Suit for IP Address 174.57.140.31**

**ISP:** Comcast Cable
**Location:** Middletown, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Black and White | PENDING | 02/22/2013 | 02/28/2013 | 02/23/2013 |
| Cum With Me | PA0001817714 | 12/04/2012 | 12/16/2012 | 12/06/2012 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/06/2013 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 11/12/2012 |
| Mad Passion | PENDING | 03/01/2013 | 03/07/2013 | 03/02/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/04/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 12/27/2012 |
| Prelude to Passion | PA0001816166 | 11/27/2012 | 12/11/2012 | 11/27/2012 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 11/12/2012 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/06/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 10**

EXHIBIT B

CNJ50