**Expanded Surveillance of IP Address 174.57.140.31**

**ISP:** Comcast Cable
**Location:** Middletown, NJ

| Hit Date UTC | Filename |
|---|---|
| 03/16/2013 | touch_me_big-kweli.mp4 |
| 03/15/2013 | The Watch 2012 TS XViD-NFT |
| 03/15/2013 | Svetlu Vstric |
| 03/15/2013 | BigMouthFuls - Kacee.Daniels |
| 03/15/2013 | USA.TODAY.21.01.2013.RETAiL.eBookeMAG |
| 03/15/2013 | TugJobs.13.03.11.Avril.Hall.She.Gives.A.Quick.Handjob.To.A.Random.Repair.Guy.XXX.720p.MP4-KTR[rarbg] |
| 03/14/2013 | MySistersHotFriend.13.03.12.Staci.Silverstone.XXX.1080p.MP4-KTR |
| 03/14/2013 | MyFriendsHotMom.13.03.13.Paige.Rene.Remastered.XXX.1080p.MP4-OHRLY[rarbg] |
| 03/14/2013 | Abyss The Wraiths of Eden |
| 03/14/2013 | WeLiveTogether.13.03.14.Alyssa.Reece.Lily.Carter.And.Malena.Morgan.Special.Treat.XXX.1080p.MP4-KTR[rarbg] |
| 03/13/2013 | natasha_plays_nice_big.mp4 |
| 03/13/2013 | playing_for_pay_big-kweli.mp4 |
| 03/10/2013 | mfhmariellatyler_2k.wmv |
| 03/10/2013 | Asa Akira in I Have a Wife XXX (2013) |
| 03/08/2013 | x-art_angelica_spilled_milk_540.wmv |
| 03/08/2013 | btra11303_1500-kweli.mp4 |
| 03/08/2013 | arouse_me_big.mp4 |
| 03/08/2013 | [psytrance-progressive] Para Halu, Parasense, Paranormal Attack, Psyfactor, Psypox |
| 03/08/2013 | x-art_mia_danny_red_satin_720.mp4 |
| 03/08/2013 | Mescaline Muslims |

EXHIBIT C

CNJ50

| Hit Date UTC | Filename |
|---|---|
| 03/06/2013 | tight_work_big.mp4 |
| 03/05/2013 | happy_heart_big.wmv |
| 03/05/2013 | bare_dare_big.wmv |
| 03/05/2013 | bmf11259_1500.mp4 |
| 03/02/2013 | x-art_kaylee_mad_passion_1080.mp4 |
| 03/02/2013 | i.bj11342.mp4 |
| 03/01/2013 | BigNaturals.13.02.27.Jessica.Rabbit.Feeling.Sexy.XXX.1080p.x264-SEXORS[rarbg] |
| 02/28/2013 | bb11350_1500.mp4 |
| 02/27/2013 | tlib_staci_silverstone_480p_2000.mp4 |
| 02/23/2013 | X-Art.Lia.Black.and.White.20.02.2013.HD-chkm8te.wmv |
| 02/23/2013 | Jessica.Logan.SeducedByACougar.2013_iyutero.com |
| 02/23/2013 | WeLiveTogether.13.02.21.Malena.Morgan.And.Alice.Wonder.World.mp4 |
| 02/21/2013 | MikesApartment.13.02.20.Tiffany.Fox.Wide.Open.XXX.1080p.x264-SEXORS[rarbg] |
| 02/21/2013 | love_her_clover__big.mp4 |
| 02/20/2013 | The.Haunting.in.Connecticut.2.Ghosts.of.Georgia.2013.HDRip.XVID.AC3-AbSurdiTy |
| 02/20/2013 | MyFriendsHotMom.13.02.19.Victoria.Givens.Remastered.XXX.1080p.WMV-OHRLY[rarbg] |
| 02/20/2013 | CumFiesta.13.02.19.Jessa.Rhodes.Cock.Crazed.XXX.1080p.MP4-KTR[rarbg] |
| 02/20/2013 | Loren.Ready.MilfHunter.2013.FullHD_iyutero.com.mp4 |
| 02/20/2013 | amazing_alice_big-720_no_smoking_to_pornolab.net.mp4 |
| 02/20/2013 | Irina.Desperate.PublicPickUps.2013_iyutero.com.wmv |
| 02/20/2013 | XXXTwister.apk |
| 02/20/2013 | BangBrosRemastered.13.02.19.Brynn.Brook.Newbie.Girl.Jumps.On.The.BangBus.And.Ends.Up.Doing.Her.First.Porno.XXX.720p.MP4-OHRLY[rarbg] |
| 02/20/2013 | Candy.Super.Tell.PervsOnPatrol.2013.HD_iyutero.com.mp4 |
| 02/17/2013 | X-Art.13.02.16.Kaylee.Apartment.In.Madrid.XXX.1080p.MP4-KTR[rarbg] |

EXHIBIT C

CNJ50

| Hit Date UTC | Filename |
|---|---|
| 02/17/2013 | Alice.March.Amazing.Alice.Pure18.2013.HD_iyutero.com.mp4 |
| 02/17/2013 | banging_that_body_big-720_no_smoking_to_pornolab.net.mp4 |
| 02/16/2013 | pop_evi_fox_kf111612_480p_2600.wmv |
| 02/16/2013 | Malena.Aurielee.Charlotte.Stoked.WeLiveTogether.2013.FulHD_iyutero.com.mp4 |
| 02/14/2013 | pussy_passenger__big.mp4 |
| 02/13/2013 | btas_krissy_lynn03_480p_1000-chkm8te.mp4 |
| 02/13/2013 | Connie.Sacred.Romance.XArt.2013_iyutero.com.wmv |
| 02/13/2013 | Buddha Bar 5 |
| 02/12/2013 | mgbfjessicaarmando_720.mp4 |
| 02/12/2013 | bmf11215_1500.mp4 |
| 02/11/2013 | !! Pimsleur Hebrew - Reading Booklet (Second Edition).pdf |
| 02/11/2013 | Captain.Stabbin.Alora.Jaymes.Seduction.In.The.Sun.XXX.G0d0fP0rN.avi |
| 02/10/2013 | Dani.Daniels.Malena.Morgan.Sexy.Strut.WeLiveTogether.2013_iyutero.com.mp4 |
| 02/09/2013 | mwhfjaydenjohnny_qt.mp4 |
| 02/06/2013 | X-Art.13.02.05.Eufrat.And.Angelica.Deep.Longing.PROPER.XXX.1080p.MOV-SEXORS[rarbg] |
| 02/06/2013 | Melanie.Hicks.Levi.Cash.Housewife1on1.2013_iyutero.com.mp4 |
| 02/06/2013 | mwhflaylajay_qt.mp4 |
| 02/06/2013 | x-art_gianna_addison_seeing_double_540.wmv |
| 02/06/2013 | bb11296_Emily_1500.mp4 |
| 02/05/2013 | mfhmcorylevi_qt.mp4 |
| 02/03/2013 | Latina Sex Tape, Linda Lay - Tangerine Titty Sling Surprise |
| 02/03/2013 | alaina31-chkm8te.mp4 |
| 02/03/2013 | Pervs On Patrol - Peeper Protector - Mia Malkova [HD 720p] [mp4] |
| 02/03/2013 | BigTitCreamPie - Kendall Karson (Kendall Karson Goes All Out) |
| 02/02/2013 | 8thStreetLatinas.13.02.01.Jasmine.Rain.Ohh.Jasmine.XXX.1080p.x264-SEXORS[rarbg] |

EXHIBIT C

CNJ50

| Hit Date UTC | Filename |
|---|---|
| 02/02/2013 | mfhmkendradanny_qt.mp4 |
| 02/02/2013 | WeLiveTogether - A Little Lick - Malena Morgan, Dillion Harper.mp4 |
| 02/02/2013 | ohh_jasmine_big.mp4 |
| 02/02/2013 | MyDadsHotGirlfriend.13.02.01.Luna.Star.XXX.1080p.x264-SEXORS[rarbg] |
| 02/02/2013 | pwg11188_1500.mp4 |
| 01/31/2013 | BigNaturals.13.01.30.Jessica.Robbin.Sweet.Temptation.XXX.1080p.x264-SEXORS[rarbg] |
| 01/31/2013 | bb11293_1500.mp4 |
| 01/31/2013 | Wrong Dorm, Right Girl (Mandy Haze) XXX (2013) |
| 01/31/2013 | sweet_temptation_big.mp4 |
| 01/30/2013 | Contact - Hon Kom Över Mon.rar |
| 01/29/2013 | BigMouthfuls.13.01.28.Pocahontas.Jones.Pocahontas.Finds.Her.Dick.XXX.720p.MP4-IEVA[rarbg] |
| 01/29/2013 | Raylene.Johnny.Castle.MyFriendsHotMom.2013_iyutero.com.mp4 |
| 01/29/2013 | Tugjobs.13.01.28.Rachel.Starr.Tugs.It.XXX.720p.x264-SEXORS |
| 01/24/2013 | Big.Tits.Round.Asses.-.Kelsey.Michaels |
| 01/24/2013 | Jack Reacher (2012) TS (xvid) NL Subs. DMT |
| 01/20/2013 | We Live Together - Charlotte Stokely - Malena Morgan XXX |
| 01/20/2013 | Abbey Brooks - Show Me What You Can Do |
| 01/18/2013 | Natalie.Moore.Good.mouthful.Bignaturals.2013.FullHD_iyutero.com.mp4 |
| 01/18/2013 | Angelina.Take.it.off.MoneyTalks.2013.FullHD_iyutero.com.mp4 |
| 01/17/2013 | Sparagmos-Gonul.Yarasi |
| 01/17/2013 | AmericanDaydreams.13.01.15.Sarah.Shevon.XXX.1080p.MP4-KTR[rarbg] |
| 01/17/2013 | prnfle700x.mp4 |
| 01/17/2013 | so_delicious_big-chkm8te.mp4 |
| 01/13/2013 | BackRoomFacials.13.01.12.Jessica.Rabbit.Red-Head.Gets.Fucked.Hard.On.Cam.XXX.720p.MP4-OHRLY[rbg] |

EXHIBIT C

CNJ50

| Hit Date UTC | Filename |
|---|---|
| 01/12/2013 | Natalia.Starr.Johnny.Castle.MySistersHotFriend.2013.HD_iyutero.com.mp4 |
| 01/12/2013 | 13.01.12.Casana LeiPure18_ImgZilla.mp4 |
| 01/10/2013 | Jessica.CastingCouchX.2013_iyutero.com.mp4 |
| 01/10/2013 | Moms.Bang.Teens.Ava.Hardy.And.Samantha.Ryan.Getting.Hardy.XXX.pornalized.com.avi |
| 01/10/2013 | rm11049_3000 [Friday - Remastered BlowJob From the Hot Bartender].mp4 |
| 01/10/2013 | BangBus_Christy_Mack_1500.mp4 |
| 01/08/2013 | loving_milano_big.mp4 |
| 01/08/2013 | 13.01.05.Nadine Sage_HotBush_ImgZilla.mp4 |
| 01/08/2013 | ass_of_amore_big-chkm8te.mp4 |
| 01/05/2013 | 13.01.04.Dani Daniels_Pawg_ImgZilla.mp4 |
| 01/05/2013 | Jynx.Maze.Dick.Explosion.BlowJobFridays.2013_iyutero.com.mp4 |
| 01/04/2013 | BigNaturals.13.01.02.Jasmine.Maybach.Breast.Seduction.XXX.1080p.x264-SEXORS[rbg] |
| 01/04/2013 | FirstTimeAuditions - Sweet First Time - Aubrey James.mp4 |
| 01/04/2013 | X-Art Angie 540p |
| 01/03/2013 | Veronica.Rodriguez.Seth.Gamble.MyDadsHotGirlfriend.2012_iyutero.com.wmv |
| 01/03/2013 | 13.01.02.Nychole Mac_BangBus_ImgZilla.mp4 |
| 01/01/2013 | c9958_854x480-chkm8te.mp4 |
| 01/01/2013 | PartyOfThree.12.12.20.Mercedes.Lynn.Jayden.Cole.And.Jessica.Rabbit.Big.Tit.Redheads.XXX.720p.x264 |
| 01/01/2013 | PureMature- Anissa Kate (Flexible Body 16.10.2012) (2012) SATRip |
| 01/01/2013 | za11074_3000.mp4 |
| 01/01/2013 | cr11100_1500-chkm8te.mp4 |
| 12/31/2012 | Amateur Allure - Dillion |
| 12/31/2012 | bb4149_1500.mp4 |
| 12/29/2012 | Jessica.Robbin.Kurt.Lockwood.MyWifesHotFriend.2012.HD_iyutero.com.mp4 |
| 12/27/2012 | X-Art.12.12.25.Angelica.Naughty.And.Nice.XXX.1080p.MOV-KTR[rbg] |

EXHIBIT C

CNJ50

| Hit Date UTC | Filename |
|---|---|
| 12/27/2012 | X-Art.12.12.23.Beatrice.A.Girls.Fantasy.XXX.1080p.MOV-KTR[rbg] |
| 12/27/2012 | pos10934_3000.mp4 |
| 12/19/2012 | Mia.Malkova.So.You.Think.You.Can.Prance.TeensLikeItBig.2012.FullHD_iyutero.com.mp4 |
| 12/19/2012 | Tessa.Lane.Johnny.Castle.MyFriendsHotGirl.2012.HD_iyutero.com.mp4 |
| 12/19/2012 | Scarlet.Banks.Alan.Stafford.NaughtyBookworms.2012.HD_iyutero.com.mp4 |
| 12/19/2012 | The Watch (2012) DVDRip XViD- FXM |
| 12/19/2012 | PORNO FACIAL Amai Liu Shenna Nues suceuse bimbo riding bdsm priya rai domino condom francaise dildo nikita denise sweetie.wmv |
| 12/19/2012 | Abbey.Brooks.Johnny.Castle.MyWifesHotFriend.2012.HD_iyutero.com.mp4 |
| 12/12/2012 | MySistersHotFriend.12.12.11.Molly.Bennett.XXX.1080p.x264-SEXORS[rbg] |
| 12/12/2012 | Isis.Taylor.Bill.Bailey.Housewife1on12012_iyutero.com.wmv |
| 12/10/2012 | Pure 18 - Indica Rayne (Free Spirit).mp4 |
| 12/10/2012 | double_dip_big.mp4 |
| 12/10/2012 | Milf Hunter - Randi Tango |
| 12/09/2012 | Stacie.Jaxxx.Fresh.Face.Pure18.2012_iyutero.com.mp4 |
| 12/08/2012 | mdhgkarliemick_1080.mp4 |
| 12/08/2012 | Capri.Cavanni.Xander.Corvus.MyDadsHotGirlfriend.2012.FullHD_iyutero.com.mp4 |
| 12/08/2012 | Karlie.Montana.Mick.Blue.MyDadsHotGirlfriend.2012.FullHD_iyutero.com.mp4 |
| 12/08/2012 | mdhgcaprixander_qt.mp4 |
| 12/07/2012 | Abbey.Brooks.The.Champ.Is.Here.PornStarSpa.2012.HD_iyutero.com.mp4 |
| 12/06/2012 | x-art_beatrice_cum_with_me_1080.mp4 |
| 12/06/2012 | Taylor.Vixen.Jayden.Cole.Office.Prudes.Need.Pussy.Too.HotAndMean.2012_iyutero.com.mp4 |
| 12/06/2012 | x-art_angelica_inside_perfection_1080.mov |
| 12/06/2012 | Tiffany.Fox.NaughtyBookworms.2012_iyutero.com.wmv |
| 12/06/2012 | BangBus.12.12.05.Chloe.Foster.We.Love.Chloe.XXX.720p.x264-SEXORS[rbg] |

EXHIBIT C

CNJ50

| Hit Date UTC | Filename |
|---|---|
| 12/06/2012 | x-art_kaylee_waterfall_emotions_1080.wmv |
| 12/06/2012 | BigWetButts.12.11.30.Sierra.Sanders.Ass.Fuck.In.The.Bath.XXX |
| 12/04/2012 | The ABCs of Death 2012 720p BluRay x264 UNTOUCHABLES [PublicHD] |
| 11/30/2012 | Addison.Grey.The.Y.O.L.O.Girl.BangBus.2012_iyutero.com.mp4 |
| 11/30/2012 | 12.11.29.India Summer_NauhtyAmerica_ImgZilla.mp4 |
| 11/28/2012 | X-Art.12.11.27.Gianna.Prelude.To.Passion.XXX.1080p.MOV-SEXORS[rbg] |
| 11/26/2012 | angelica_sage_01.wmv |
| 11/26/2012 | NeighborAffair - Angelica Saige ** NEW 2012 ** HD 1080.mp4 |
| 11/25/2012 | The Sopranos |
| 11/25/2012 | The Watch 2012 BRRip XviD-IMDB |
| 11/25/2012 | num.12.08.20.angelica.saige.the.new.gym.mp4 |
| 11/25/2012 | CanHeScore - Angelica Saige |
| 11/25/2012 | Tug Jobs - This Is How You Handle A Dick! - Angelica Saige [720] [mp4] |
| 11/25/2012 | Ava.Addams.ZZ.Home.MommyGotBoobs.2012.HD_iyutero.com.mp4 |
| 11/24/2012 | Dirty Masseur - EVE LAURENCE New 23 November 2012 |
| 11/22/2012 | Macy.Lee.From.the.yoga.mat.to.my.cock.PervsOnPatrol.2012_iyutero.com.wmv |
| 11/22/2012 | X-Art - Tarde Espanola - Addison [1080p].mp4 |
| 11/19/2012 | 12.11.17.Riley Evans_MilfSoup_ImgZilla.mp4 |
| 11/19/2012 | Molly.Bennett.Bill.Bailey.Housewife1on1.2012.FullHD_iyutero.com.mp4 |
| 11/17/2012 | Pervs On Patrol - Giving the Lifeguard a Massage - Kennedy Leigh [480p] [wmv] |
| 11/17/2012 | Natalia.Starr.Late.for.a.blowjob.IKnowThatGirl.2012.HD_iyutero.com.mp4 |
| 11/15/2012 | Melody.Jordan.Lick.My.Tennis.Balls.PervsOnPatrol.2012_iyutero.com.wmv |
| 11/14/2012 | x-art_ivy_lovers_quarrel_720-chkm8te.wmv |
| 11/14/2012 | hj10871_800.mp4 |
| 11/14/2012 | Allison.Moore.Bill.Bailey.HouseWife1on1.2012_iyutero.com.wmv |

| Hit Date UTC | Filename |
|---|---|
| 11/14/2012 | 12.11.12.Anastasia Morna_BigMouthFuls_ImgZilla.mp4 |
| 11/14/2012 | x-art_susie_vacation_fantasy_540.mov |
| 11/10/2012 | X-Art - Still With Me - Kaylee [1080p].mov |
| 11/07/2012 | btas_madison_fox_720p_8000.mp4 |
| 11/07/2012 | Allison.Moore.Last.Call.for.Cock.and.Balls.RealWifeStories.2012.HD_iyutero.com.mp4 |
| 11/05/2012 | I.Have.A.Wife.Jessi.Palmer.XXX.pornalized.avi |
| 11/05/2012 | Dayna.Vendetta.Siri.Jordan.Ash.MyDadsHotGirlfriend.2012.FullHD_iyutero.com.mp4 |
| 11/05/2012 | Superman_-_Earth_One_Volume_Two_(2012)_(Hul-konnen-DCP).cbr |
| 11/04/2012 | 12.11.03.Evi Fox_BackRoomFacials_ImgZilla.mp4 |
| 11/04/2012 | 12.10.30.Caprice_Ivana.mov |
| 11/04/2012 | x-art_kaylee_still_with_me_540.mov |
| 11/04/2012 | Cameron.Dee.She.Strokes.A.Lot.Of.Dick.It.Seems.Tugjobs.10.28.12.HD_iyutero.com.mp4 |
| 11/04/2012 | Zoey.Nixon.Jordan.Ash.NaughtyBookworms.10.30.12.HD_iyutero.com.mp4 |
| 10/29/2012 | How.I.Met.Your.Mother.S08E01.HDTV.x264-LOL.[VTV].mp4 |
| 10/29/2012 | How I Met Your Mother S08E02 HDTV x264-LOL[ettv] |
| 10/29/2012 | [www.Cpasbien.com] How.I.Met.Your.Mother.S07E23-E24.FINAL.FASTSUB.VOSTFR.HDTV.XviD-ATeam.avi |
| 10/29/2012 | How.I.Met.Your.Mother.S07E21.HDTV.x264-LOL.[VTV].mp4 |
| 10/29/2012 | How.I.Met.Your.Mother.S07E20.HDTV.x264-LOL.[VTV].mp4 |
| 10/29/2012 | How.I.Met.Your.Mother.S07E24.720p.WEB-DL.H.264-CtrlHD [PublicHD] |
| 10/29/2012 | How.I.Met.Your.Mother.S08E03.HDTV.x264-LOL.[VTV].mp4 |
| 10/29/2012 | How.I.Met.Your.Mother.S07E22.HDTV.x264-LOL.[VTV].mp4 |
| 10/29/2012 | Magic Mike (2012) 1080p BluRay x264 + Subtitles [GlowGaze] |
| 10/28/2012 | Two.and.a.Half.Men.S10E03.HDTV.x264-LOL.mp4 |
| 10/28/2012 | Two.and.a.Half.Men.S10E05.HDTV.x264-LOL.mp4 |

EXHIBIT C

CNJ50

| Hit Date UTC | Filename |
|---|---|
| 10/28/2012 | Two.and.a.Half.Men.S10E04.HDTV.x264-LOL.mp4 |
| 10/27/2012 | Two.and.a.Half.Men.S09E24.HDTV.x264-LOL.mp4 |
| 10/27/2012 | Two and a Half Men S09E21 Mr Hose Says Yes HDTV XviD-FQM[ettv] |
| 10/27/2012 | Two and a Half Men S09E20 Grandmas Pie HDTV XviD-FQM[ettv] |
| 10/27/2012 | Two.and.a.Half.Men.S09E22.HDTV.x264-LOL.mp4 |
| 10/27/2012 | Two.and.a.Half.Men.S09E23.HDTV.x264-LOL.mp4 |
| 10/16/2012 | Ed Sheeran - 2011 - + |
| 08/21/2012 | Toby Keith - I Like Girls That Drink Beer [Single] [2012]- Sebastian[Ub3r] |
| 08/20/2012 | Welcome to the Fishbowl |
| 08/20/2012 | Carrie Underwood - Blown Away.mp3 |
| 08/20/2012 | Home |
| 08/20/2012 | Tim McGraw - Truck Yeah |
| 08/20/2012 | Take a Little Ride - Single |
| 08/20/2012 | Band Perry - The Band Perry [Bonus Track](2010) |
| 08/20/2012 | Thompson Square.-.Are You Gonna Kiss Me Or Not |
| 08/20/2012 | Love And Theft - Love And Theft (2012) |
| 08/20/2012 | Taylor Swift - We Are Never Ever Getting Back Together.mp3 |
| 08/20/2012 | Jason_Aldean-My_Kinda_Party-2010-VAG |
| 08/20/2012 | Eric_Church-Chief-2011 |
| 08/20/2012 | Hunter Hayes |

EXHIBIT C

CNJ50