AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| MALIBU MEDIA, LLC <br> *Plaintiff* <br> v. <br> JOHN DOE, et al. <br> *Defendant* | ) ) ) ) ) | Case No. 3:13-cv-02041-JAP-TJB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant John Doe (subscriber assigned IP address 174.57.140.31)                                                            .

Date:  17 JUL 2013

*Attorney's signature*

Joseph A. Bahgat (006502008)
*Printed name and bar number*

Hub City Law Group
96 Paterson Street
New Brunswick NJ 08901-2109
*Address*

joe@hubcitylawgroup.com
*E-mail address*

732-733-2385
*Telephone number*

732-733-2386
*FAX number*