Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>DAVID KUGELE,<br><br>          Defendant. | Civil Action No. 3:13-cv-02041-JAP-TJB |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
<u>WITH PREJUDICE OF DAVID KUGELE</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with David Kugele ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. David Kugele was assigned the IP Address 174.57.140.31. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant David Kugele has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 5, 2013

                                                Respectfully submitted,

                                                By: ___/s/ *Patrick J. Cerillo*___

Patrick J. Cerillo, Esquire
pjcerillolaw@comcast.net
Attorney At Law
4 Walter Foran Boulevard, Suite 402
Flemington, NJ 08822
Phone: 908-284-0997
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Patrick J. Cerillo*
Patrick J. Cerillo, Esq.